[Nos. 11840–8–II; 11846–7–II.   Division Two.   January 16, 1990.]

*In the Matter of the Welfare of* BMC, ET AL.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 85–8–62, –63, –64, –65, –66, 86–7–118,

Don L. McCulloch, J., entered February 11, 1988. *Affirmed* by unpublished opinion per Langsdorf, J. Pro Tem., concurred in by Alexander, C.J., and Schumacher, J. Pro Tem.